UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------

In re

    E.D. YOUNG, INC.,

                                  Debtor.
-----------------------------------
PAUL A. LEVINE, Chapter 7 Trustee,

                               Plaintiff,

    -v-                                 6:07-MC-64

REXEL, INC., WESCO DISTRIBUTION, INC.;
DRAGON BENWARE CROWLEY & COMPANY,
P.C.; SOUTHWORTH MILTON, INC.; SYRACUSE
UTILITIES, INC.; and NASCO AWNING & SIGN
CO. (as successor and/or f/k/a Northern Awning
& Sign Co.;

                               Defendants.
-----------------------------------

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 15 2007

LAWRENCE K. BAERMAN, Clerk
UTICA

APPEARANCES:                           OF COUNSEL:

LEMERY, GREISLER LAW FIRM         SCOTT R. ALMAS, ESQ.
Attorneys for Paul A. Levine
50 Beaver Street
Albany, NY 12207

STEIN RISO MANTEL, LLP               MARK CHINITZ, ESQ.
Attorneys for Defendant Rexel, Inc.
The Chrysler Building--42d Floor
405 Lexington Ave.
New York, NY 10174

LOOPER, REED & MCGRAW, P.C.        BEN L. ADERHOLT, ESQ.
Attorneys for Defendant Rexel, Inc.
1300 Post Oak Blvd., Suite 2000
Houston, EX 77056

SCOLARO, SHULMAN LAW FIRM  DOUGLAS J. MAHR, ESQ.
Attorneys for Defendant Wesco Dist.
507 Plum Street
Suite 300
Syracuse, NY 13204

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Defendant Rexel, Inc. ("Rexel") moved to withdraw the reference to the bankruptcy court. Plaintiff has not opposed or otherwise responded to the motion. The basis for Rexel's motion is that it is entitled to a jury trial of the preferential transfer issue, and it has not consented to a trial by jury before the Bankruptcy Court. See 28 U.S.C. § 157(d)-(e). Given that Rexel has shown cause for withdrawal, see id. § 157(d), it is

ORDERED that the Rexel, Inc.'s motion to withdraw the reference is GRANTED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 15, 2007
       Utica, New York.