UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

In re

    E.D. YOUNG, INC.,

                            Debtor.

PAUL A. LEVINE, CHAPTER 7 TRUSTEE,
Lemery Greisler LLC
50 Beaver Street
Albany, New York 12207

                            Plaintiff,

                    – against –

REXEL, INC., WESCO DISTRIBUTION, INC.,

DRAGON BENWARE CROWLEY & COMPANY, P.C.
215 Washington Street
Watertown, New York 13601

SOUTHWORTH-MILTON, INC.
100 Quarry Drive
Milford, Massachusetts 01757

SYRACUSE UTILITIES, INC.
P.O. Box 587
9583 Brewerton Road
Brewerton, New York 13029-0587

NASCO AWNING & SIGN CO. (as successor and/or
f/k/a NORTHERN AWNING & SIGN CO.)
22568 Fisher Road
Watertown, New York 13601

                            Defendants.

**DEFAULT JUDGMENT
AS TO CERTAIN DEFENDANTS**

07-CV-837 DNH/DEP

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

SEP 19 2007

LAWRENCE K. BAERMAN, Clerk
UTICA

    Upon the Adversary Proceeding Complaint filed in this case filed and the Summons issued

on February 16, 2007, the Affidavit of Scott R. Almas, sworn to the 25th day of April, 2007 setting forth the requirements of the entry of a default judgment as to certain defendants herein, the Court having reviewed the Adversary Proceeding Complaint and Summons and Notice of Motion, Certificate of Service and the Affidavit in support of a default judgment (the "Default Motion"), the Default Motion having been previously considered and granted by the Bankruptcy Court on May 31, 2007, a proposed default judgment having been submitted to the Bankruptcy Court by the plaintiff on June 11, 2007, the reference in this action having been withdrawn by Decision and Order of this Court entered August 15, 2007, the default judgment having not been entered prior to the withdrawal of the reference and on the record herein, it is hereby

**ADJUDGED AND DECREED** that defendant DRAGON BENWARE CROWLEY & COMPANY PC is in default and plaintiff Paul A. Levine, Esq., as Chapter 7 Trustee, shall have judgment against this defendant in the amount of Three Thousand One Hundred Forty Three and 77/100 Dollars ($3,143.77); and it is

**ADJUDGED AND DECREED** that defendant SOUTHWORTH-MILTON, INC. is in default and plaintiff Paul A. Levine, Esq., as Chapter 7 Trustee, shall have judgment against this defendant in the amount of One Thousand Seven Hundred Forty Two and 81/100 Dollars ($1,742.81); and it is

**ADJUDGED AND DECREED** that defendant SYRACUSE UTILITIES is in default and plaintiff Paul A. Levine, Esq., as Chapter 7 Trustee, shall have judgment against this defendant in the amount of One Thousand Two Hundred Dollars ($1,200.00)

**ADJUDGED AND DECREED** that defendant NASCO AWNING & SIGN CO. (as successor and/or f/k/a NORTHERN AWNING & SIGN CO.) is in default and plaintiff Paul A. Levine, Esq., as Chapter 7 Trustee, shall have judgment against this defendant in the amount of

Three Hundred Four and 77/100 Dollars ($304.77).

Dated: September 19, 2007

Utica, N.Y.

_____
Hon. David N. Hurd
U.S. District Court Judge

F:\wpdata\0536.000\536.481\Adversary Proceeding\defaultjudgment.doc