IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

PAUL A. LEVINE, *Chapter 7 Trustee*,

               Plaintiff,

                                        Civil Action No.
   vs.                               6:07-CV-837 (DNH/DEP)

REXEL, INC.,

               Defendants.
_____

APPEARANCES:                     OF COUNSEL:

FOR PLAINTIFF:

LEMERY, GREISLER LAW FIRM     PAUL A. LEVINE, ESQ.
50 Beaver Street                       SCOTT R. ALMAS, ESQ.
2nd Floor
Albany, New York 12207

FOR DEFENDANT REXEL, INC.:

LOOPER, REED LAW FIRM          BEN L. ADERHOLT, ESQ.
1300 Post Oak Boulevard
Suite 2000
Houston, Texas 77056

STEIN, RISO LAW FIRM            MARK I. CHINITZ, ESQ.
The Chrysler Building - 42nd Floor
405 Lexington Avenue
New York, New York 10174

FOR DEFENDANT WESCO:

SCOLARO, SHULMAN LAW FIRM    DOUGLAS J. MAHR, ESQ.
507 Plum Street
Suite 300
Syracuse, New York 13204

DAVID N. HURD
U.S. DISTRICT JUDGE

## JUDGMENT DISMISSING ACTION
## BASED UPON SETTLEMENT

I have been informed by Magistrate Judge David E. Peebles that the parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED, as follows:

1)   This action is dismissed, with prejudice, except as set forth below.

2)   The court will retain complete jurisdiction to vacate this order and to reopen the action within three months from the date of this order upon cause shown that the settlement has not been completed and further litigation is necessary.

3)   The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.

2

_____
United States District Judge

Dated:   January 17, 2008
         Utica, New York